# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 147 |
| | : | |
| AMENDMENT OF RULE 1.2 OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| PROFESSIONAL CONDUCT | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2016, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal to amend Pa.R.P.C. 1.2 having been published for comment in the Pennsylvania Bulletin, 46 Pa.B. 2274 (May 7, 2016):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.2 of the Rules of Professional Conduct is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rules are in bold and are underlined.
Deletions from the rules are shown in bold and brackets.